**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Heritage Hotel Associates, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Hotel Indigo - St. Pete Downtown** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-2171237** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **234 3rd Avenue North** <br> **Saint Petersburg, FL 33701** <br> Number, Street, City, State & ZIP Code | **4600 W Cypress Street #525** <br> **Tampa, FL 33607** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Pinellas** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:  _____

Debtor  **Heritage Hotel Associates, LLC**                          Case number *(if known)* _____
        _____
        Name

**7.  Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

| Debtor | **Heritage Hotel Associates, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11.  Why is the case filed in *this district?***    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■  No

☐  Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?**    _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.    Insurance agency    _____
           Contact name        _____
           Phone               _____

---

### ■  Statistical and administrative information

**13.  Debtor's estimation of available funds**    .    *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Heritage Hotel Associates, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 21, 2019**
                MM / DD / YYYY

**X** **/s/ J. Norman Giovenco**                                **J. Norman Giovenco**
Signature of authorized representative of debtor        Printed name

Title    **Manager**

---

**18. Signature of attorney**

**X** **/s/ Michael C. Markham**                    Date    **October 21, 2019**
Signature of attorney for debtor                            MM / DD / YYYY

**Michael C. Markham**
Printed name

**Johnson, Pope, Bokor,**
Firm name

**Ruppel & Burns, LLP**
**401 East Jackston Street #3100**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone    **813-225-2500**        Email address

**0768560 FL**
Bar number and State

---

# United States Bankruptcy Court
## Middle District of Florida

In re   **Heritage Hotel Associates, LLC** _____   Case No. _____

_____   Chapter   **11** _____
Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 21, 2019** _____     **/s/ J. Norman Giovenco** _____

**J. Norman Giovenco**/**Manager**
Signer/Title

Heritage Hotel Associates, LLC
4600 W Cypress Street #525
Tampa, FL 33607

Assa Abloy Hospitality, Inc.
Po Box 676947
Dallas, TX 75267-6947

Coffee Street Sales & Service, Llc
Po Box 290884
Port Orange, FL 32129-0884

Michael C. Markham
Johnson, Pope, Bokor,
   Ruppel & Burns, LLP
401 East Jackston Street #3100
Tampa, FL 33602

Assembly Tax 36 LLC
PO Box 31001-2727
Pasadena, CA 91110

Commercial Appliance Service
8416 Laurel Fair Cir., #114
Tampa, FL 33610

717 Parking Service, Inc.
1523 North Franklin
Tampa, FL 33602

At&T
Po Box 5091
Carol Stream, IL 60197-5091

Csm Motorsports, Inc
10960 Bennett Parkway
Zionsville, IN 46077

Affco Deli Provisions, Inc.
2577 25th Avenue N
St Petersburg, FL 33713

Bay Area Laundry Equipment
6515 Haines Rd. N
St. Petersburg, FL 33702

David S. Delrahim, Esq.
721 First Ave North
Saint Petersburg, FL 33701

All American Flag And Pennant, Inc.
5391 Park Blvd.
Pinellas Park, FL 33781

BayStar Hotel Group, LLC
4600 W Cypress St #525
Tampa, FL 33607

Dow Jones & Company, Inc.
Po Box 4137
New York, NY 10261-4137

Altour International, Inc
12100 W Olympic Blvd #300
Los Angeles, CA 90064

Blocker Transfer & Storage, Co.
5181 110Th Ave. N Ste A
Clearwater, FL 33760

Duke Energy
Po Box 33199
St. Petersburg, FL 33733

American Hotel Register
16458 Collections Center Dr.
Chicago, IL 60693

City Of St. Petersburg
Po Box 2842
St. Petersburg, FL 33731

Ecolab
Po Box 32027
New York, NY 10087-2027

Aqua Pure Pool, Llc
2803 Gulf To Bay Blvd
Clearwater, FL 33759-4014

Cj Publishers, Inc
P.O. Box 857
Pinellas Park, FL 33780-6439

Ecolab Pest Elimination Division
26252 Network Place
Chicago, IL 60673-1262

Ariane Bryan
c/o Melissa Gilkey Mince, Es
801 W Bay Drive #113
Largo, FL 33770

Coastal Food Group
Po Box 11337
Tampa, FL 33610

Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674

Edward Vogler III, Esq
705 10th Ave W #103
Palmetto, FL 34221

Helmsbriscoe Usa Corporate Office
20875 N 90Th Place
Scottsdale, AZ 85255

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

FL Dep of Revenue
Collection Agency Section
5050 W Tennessee St.
Tallahassee, FL 32399

Henry Glover
33 Fox Hollow Drive
Cherry Hill, NJ 08003

Interstate Capital Corp
c/o C&A Staffin
PO Box 915183
Dallas, TX 75391-5183

Florida Business Develop Cor
7270 NW 12th St #PH-6
Miami, FL 33126

Hewlett-Packard Financial Serv
Po Box 402582
Atlanta, GA 30384-2582

ISA, Inc.
1497 Main St #394
Dunedin, FL 34698

Ford Smith
4911 Pilgrims Path Way
Tampa, FL 33611

Hospitality Softnet
Sixty State St #700
Boston, MA 02109

J. Norman Gioenco
4600 W Cypress Street #525
Tampa, FL 33607

Frontier
Po Box 740407
Cincinnati, OH 45274-0407

Hotel Effectiveness
Po Box 769539
Roswell, GA 30076

Jb Lawns, Llc
5527 Island Ave
Seminole, FL 33772

George Glover
4600 W Cypress Street #525
Tampa, FL 33607

Imperial Dade
Po Box 593829
Orlando, FL 32859

Kipsu, Inc.
Po Box 671494
Dallas, TX 75267-1494

Guest Supply, Llc
Po Box 6771
Somerset, NJ 08875-6771

Inner- Workings
7503 Solution Center
Chicago, IL 60677-7005

Laura Lothridge
10105-119 Way
Seminole, FL 33772

Hd Supply Facilities Maint.
Po Box 509058
San Diego, CA 92150-9058

Inovic, Inc.
1971 W. Lumsden, Suite 250
Brandon, FL 33511

Lexyl Travel Technologies
Po Box 645452
Pittsburg, PA 15264-5452

Helget Gas Products
Po Box 24246
Omaha, NE 68124-4656

Intercontinental Hotels Group
PO Box 101074
Atlanta, GA 30392-1074

M3 Accounting Services, Inc.
Building A, Ste. 200
1715 N Brown Rd
Lawrenceville, GA 30043

Minuteman Press
4827 Central Ave
St. Petersburg, FL 33713

Plantz
Po Box 320481
Tampa, FL 33679

Spectrum Enterprise
Po Box 31710
Tampa, FL 33631-3710

Oracle America Inc.
Po Box 203448
Dallas, TX 75320-3448

Quore Systems
2000 Meridian Blvd #200
Franklin, TN 37067

Sportstours, Llc
Po Box 988
Dekalb, IL 60115

Oracle Elevator Company
Po Box 636843
Cincinnati, OH 45263-6843

Road Rebel
2141 5TH Ave
San Diego, CA 92101

Stanley Steemer International Inc
Po Box 205819
Dallas, TX 75320-5819

Ortel Technologies, Inc
2596 Cumberland Trail
Clearwater, FL 33761

Robinson Sports Inc
d/b/a Fit2Run
PO Box 439
Parrish, FL 34219

State Cleaning Solutions
Po Box 77012
Cleveland, OH 44194-7012

Peninsula Foodservice
4167 Lb Mcleod Road
Orlando, FL 32811

Sanditz Travel Mgmt
98 Washington Street
Middletown, CT 06457

Tampa Beverage Solutions
14601 Mccormick Drive
Tampa, FL 33626

Pinellas County Tax Collect
P.O. Box 6340
Clearwater, FL 33758

Sherwin-Williams
2540 4Th St N
St. Petersburg, FL 33704-2806

Teco Peoples Gas
Po Box 31017
Tampa, FL 33631-3017

Ping Pong Partners LLC
c/o Steven Gianfilippo
4830 W Kennedy Blvd #880
Tampa, FL 33609

Simmons Manuf Co LLC
Po Box 945655
Atlanta, GA 30394-5655

The Pool Doctor
6995 90Th Ave. North, Unit B
Pinellas Park, FL 33782

Pinnacle Medical Supply
99 Wall St #1840
New York, NY 10005

Smart Care Equipment Solutions
Po Box 74008980
Chicago, IL 60674-8980

Thomas Sign & Awning Co Inc
4590 118Th Avenue North
Clearwater, FL 33762

Piper Fire Protection
13075 Us Hwy 19N
Clearwater, FL 33764

South Central Av - Tampa
Po Box 633497
Cincinnati, OH 45263-3497

Us Foodservice, Inc.
Po Box 281841
Atlanta, GA 30384-1841

US  Small  Business  Administra
409  3rd  Street  SW
Washington,  DC  20416


US  Small  Business  Administra
Miami  District  Office
7th  Floor
100  S.  Biscayne  Blvd.
Miami,  FL  33131

Valley  National  Bank
PO  Box  17540
Clearwater,  FL  33762


Valley  National  Bank
4790  140th  Avenue  North
Clearwater,  FL  33762


Windstream  Communications
P  O  Box  9001950
Louisville,  KY  40290-1950


Zaeplex
100  S  Ashley  Dr  #1230
Tampa,  FL  33602